**Damage calculations - For Settlement purposes Only**

Sophia Samuels

| Pay period From - To | | No. of Weeks in Pay Period | Hours per week in period | Weekly Wages Received (approximate) | Overtime rate @ 1.5 * regular rate | Overtime wages owed in period | Spread of Hour Shifts per Week | Minimum Wage in Period | Spread of Hours Owed | Liquidated damages (NYLL § 198) | NYLL Prejudgment Interest (9%) | TOTAL AMOUNT DUE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3/15/2016 | 8/31/2016 | 24 | 62 | $ 500.00 | $ 18.75 | $ 9,900.00 | 5 | $ 9.00 | $ 1,080.00 | $ 10,980.00 | $ 2,968.73 | $ 24,928.73 |
| 9/1/2016 | 12/30/2016 | 17 | 62 | $ 550.00 | $ 20.63 | $ 7,713.75 | 5 | $ 9.00 | $ 765.00 | $ 8,478.75 | $ 1,932.32 | $ 18,889.82 |
| 12/31/2016 | 8/31/2017 | 34 | 62 | $ 550.00 | $ 20.63 | $ 15,427.50 | 5 | $ 10.50 | $ 1,785.00 | $ 17,212.50 | $ 3,017.22 | $ 37,442.22 |
| 9/1/2017 | 12/30/2017 | 17 | 62 | $ 725.00 | $ 27.19 | $ 10,168.13 | 5 | $ 10.50 | $ 892.50 | $ 11,060.63 | $ 1,399.33 | $ 23,520.58 |
| 12/31/2017 | 10/31/2018 | 43 | 62 | $ 725.00 | $ 27.19 | $ 25,719.38 | 5 | $ 12.00 | $ 2,580.00 | $ 28,299.38 | $ 2,002.18 | $ 58,600.93 |
| 11/1/2018 | 12/30/2018 | 8 | 50 | $ 725.00 | $ 27.19 | $ 2,175.00 | 4 | $ 12.00 | $ 384.00 | $ 2,559.00 | $ 66.53 | $ 5,184.53 |
| 12/31/2018 | 1/7/2019 | 1 | 50 | $ 725.00 | $ 27.19 | $ 271.88 | 4 | $ 13.50 | $ 54.00 | $ 325.88 | $ 5.78 | $ 657.53 |
| | | | | Unpaid wages, liquidated damages & interest: | | $ 71,375.63 | | | $ 7,540.50 | $ 78,916.13 | $ 11,392.10 | $ 169,224.35 |

| | |
|---|---|
| Failure to procure a signed acknowledgment of wage rate pursuant to **NYLL § 195(1)** | $ 5,000.00 |
| Failure to provide accurate wage statements pursuant to **NYLL § 195(3)** | $ 5,000.00 |
| **Attorney's Fees** | TBD |
| **Court Expenses** | TBD |
| **Total Damages Due:** | $ 179,224.35 |

*Numbers are a good faith estimate based on Plaintiff's recollection

**This damages chart is based upon preliminary information and the expected testimony of Plaintiff and was prepared without the benefit of Defendants' required wage and hour records under the FLSA and NYLL. Plaintiff reserves the right to revise, supplement or amend this chart.

*** Overtime is calculated as one and one-half times the employee's regular hourly rate for each hour the employee works in excess of 40 hours in a given workweek. 29 U.S.C. § 207(2)(C). There is a "presumption that a weekly salary represents compensation for the first 40 hours of an employee's workweek". *See Berrios v. Nicholas Zito Racing Stable, Inc* ., 849 F.Supp.2d 372, 395 (E.D.N.Y.2012). *See further Guallpa v. NY Pro Signs Inc.* , Index No. 11-cv-3133(LGS), 2014 (Defendants cannot rebut the presumption by showing that there was an agreement between a Plaintiff and Defendant that the Plaintiff would receive pay that was below minimum wage).