

March 18, 2019

**VIA ECF**

---------------------------------------
Honorable Lorna G. Schofield
United States District Court
Southern District Of New York
40 Foley Square
Brooklyn, New York 10007

      Re:    *Samuels v. Bobbitt et. al.*
               Civil Case No.: **1:19-cv-00576-LGS**

**STATUS REPORT ON CASE MANAGEMENT PLAN**

---

Dear Honorable Lorna G. Schofield:

      We write to update the court on the status of the parties' filing of the case management plan. The parties have conferred amongst themselves and exchanged versions of the scheduling order. We are expected to finalize and file the case management plan first thing tomorrow morning.

      We sincerely apologize for this delay.


                                        Respectfully submitted,
                                        **PARDALIS & NOHAVICKA, LLP**

             By:     _/s/Ariadne Panagopoulou_____
                          Ariadne Panagopoulou,
                          *Counsel for Plaintiff*